HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RICHARD MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00004 LJO-SKO-1 |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE DETENTION HEARING TO JANUARY 22, 2014 |
| vs. | ) ) | |
| RICHARD MARTINEZ, | ) ) | |
| *Defendant.* | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties, that the detention hearing set for January 17, 2014 at 1:30 pm before Honorable Magistrate Judge Stanley A. Boone, be continued to January 22, 2014 at 1:30 p.m. before the duty Magistrate Judge.  The reason for the request is because the Honorable Lawrence J. O'Neill issued an Order dated January 14, 2014, 1:14-mc-0003 LJO, prohibiting any defendant in custody at Fresno County Jail from being transported to Federal Court due to an outbreak of H1N1 flu.  The Order is in effect for 7 days, but contemplates the potential of being extended.  The defendant is in custody at Fresno County Jail.  The defense submits the reasons for the requested continuance constitute good cause under the Bail Reform Act, 18 U.S.C. § 3142.

//

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
2  (B)(ii), (iv) in that the ends of justice served by the continuance outweigh the interest of the
3  public and the defendant in a speedy trial, including, but not limited to, the need for the period of
4  time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: January 16, 2014        /s/ Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: January 16, 2014        /s/ Janet Bateman
                                JANET BATEMAN
                                Assistant Federal Defender
                                Attorney for Defendant
                                RICHARD MARTINEZ

IT IS SO ORDERED.

Dated: **January 16, 2014**

                                UNITED STATES MAGISTRATE JUDGE