BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD MARTINEZ,<br><br>Defendant. | CASE NO.  1:14-CR-00004 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE DETENTION HEARING |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Janet Bateman, attorney for the defendant, that the detention hearing set for January 22, 2014 at 1:30 pm before the Honorable Sheila K. Oberto be continued to January 27, 2014, at 1:30 p.m.  The reason for the request is because the Honorable Lawrence J. O'Neill issued an Order dated January 21, 2014, 1:14-mc-0003 LJO, prohibiting any defendant in custody at Fresno County Jail from being transported to Federal Court due to an outbreak of H1N1 flu.  The Order is in effect until January 24, 2014, at 5:00 p.m.  The defendant is in custody at Fresno County Jail.

///

///

///

///

U.S. v. Martinez Stipulation and Order      1

The parties agree that the Court's order constitutes "good cause" to continue the case beyond five days from the date of the defendant's initial appearance. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 21, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 21, 2014

/s/ Janet Bateman
JANET BATEMAN
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **January 21, 2014**           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

U.S. v. Martinez Stipulation and Order           2