HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:14-cr-00004-LJO-SKO-1 |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE 4/7/2014 MOTION HEARING AND STATUS CONFERENCE TO 5/19/2014 |
| v. | ) ) ) | |
| RICHARD MARTINEZ | ) ) | DATE: May 19, 2014 TIME: 1:00 p.m. |
| *Defendant.* | ) ) | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motion hearing and status conference currently scheduled for April 7, 2014, **be continued to May 19, 2014 at 1:00 p.m. with Hon. Magistrate Judge Sheila K. Oberto.**

This stipulation is entered into because parties are attempting to negotiate a resolution in this case.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

BENJAMIN B. WAGNER
United States Attorney

DATED: April 3, 2014          By      */s/ Kimberly Sanchez*
                                      KIMBERLY SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
FEDERAL DEFENDER

DATED: April 3, 2014          By      */s/ Janet Bateman*
                                      JANET BATEMAN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RICHARD MARTINEZ

## ORDER

The motion hearing and status conference currently scheduled for April 7, 2014, is continued to May 19, 2014, at 1:00 p.m.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **April 3, 2014**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE