1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00004 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RICHARD MARTINEZ, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Janet Bateman, attorney for the defendant, that a status conference scheduled for June 30, 2014 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be continued to August 4, 2014.  The reason for the request is because the parties continue to engage in plea negotiations and need additional time to finalize an anticipated agreement.  Most recently, the defendant made a counter-offer to prior government offers, and the government sent the defendant a plea agreement in response to the counter-offer.  The defendant needs additional time to consider the offer and engage in further discussions if necessary.   The government has provided the defense with initial discovery.  Defense needs time to review the discovery, determine whether additional investigation is needed, and engage in discussions regarding a resolution of the case with the government.

   The parties further request the Court to enter an Order finding that the "ends of justice" served by a

Stipulation                                          1

continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 25, 2014                                         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: June 25, 2014                                         /s/ Janet Bateman
JANET BATEMAN
Attorney for Defendant

## **ORDER**

The parties' stipulated request for a continuance of the status conference date is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall inform the court and reset the matter as a change of plea hearing before United States District Judge Lawrence J. O'Neill on or before August 4, 2014.

The court notes that this case has been pending since January 2014. If the parties are unable to resolve the case, they shall be prepared to select a mutually acceptable trial date at the August 4, 2014, hearing.

IT IS SO ORDERED.

Dated:   **June 26, 2014**                                         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

Stipulation                                                                     2