HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
RICHARD MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-cr-0004 LJO |
|---|---|
| Plaintiff, | ) **ORDER FILING UNDER SEAL** |
| vs. | ) |
| RICHARD MARTINEZ, | ) |
| Defendant. | ) |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Exhibit B of the movant's Section 2255 motion, the presentence report and recommendations shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **June 23, 2016**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE